**JS-6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>             v.<br><br>$90,060.00 IN U.S. CURRENCY,<br><br>        Defendant.<br>REGINALD NELSON,<br><br>        Claimant. | No.  5:21-cv-01678-AFM<br><br>[PROPOSED] **CONSENT JUDGMENT OF FORFEITURE** |

   Plaintiff and claimant Reginald Nelson have made a stipulated request for the entry of this Consent Judgment, resolving this action in its entirety.

   The Court, having considered the stipulation of the parties, and good cause appearing therefor, HEREBY ORDERS ADJUDGES AND DECREES:

   1.  The government has given and published notice of this action as required by law, including Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court. The Claimant has filed a claim and answer.  No other claims or

answers have been filed, and the time for filing such claims and answers has expired.  This Court has jurisdiction over the parties to this judgment and the Defendant Currency.  Any potential claimants to the defendant other than Reginald Nelson are deemed to have admitted the allegations of the complaint with respect to the defendant currency.

    2.    The following shall be returned to Claimant: $45,030.00 in U.S. Currency.

    3.    The following shall be forfeited to the United States, including any interest earned on the entire balance of the currency seized from Claimants, and no other right, title, or interest shall exist therein: $45,030.00 in U.S. Currency.

    4.    Reginald Nelson has agreed to release the United States of America, its agencies, agents, and officers, including employees and agents of the Federal Bureau of Investigation, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorneys' fees, costs or interest which may be asserted on behalf of Reginald Nelson against the United States, whether pursuant to 28 U.S.C. § 2465 or otherwise.  Reginald Nelson has also waived any rights he may have to seek remission or mitigation of the forfeiture.  Nothing in this Consent Judgment is intended as, nor should anything in this Consent Judgment be interpreted as an admission by Reginald Nelson of any liability or wrongdoing.

//
//
//
//

5. The parties further stipulate and agree that there was reasonable cause for the institution of these proceedings pursuant to 28 U.S.C. § 2465. This judgment constitutes a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

DATED: 4/14/2022    _____
                    ALEXANDER F. MACKINNON
                    UNITED STATES MAGISTRATE JUDGE

PRESENTED BY:

*/s/ Maxwell Coll*
MAXWELL COLL
Assistant United States Attorney

3